UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PROGRESSIVE UNIVERSAL INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JONI MINICA, JODY MINICA, and JANE DOE MINICA,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01573-HL<br><br>ORDER |

**Adrienne Nelson, District Judge**

　　　　United States Magistrate Judge Andrew D. Hallman issued his Findings and Recommendations in this case on July 18, 2023. Judge Hallman recommended that this Court grant plaintiff's Motions for Default Judgment and enter default judgment against defendants Jody Minica and Joni Minica. No party filed objections.

　　　　A district court judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(l). If any party files objections to a magistrate judge's proposed findings and recommendations, "the court shall make a de novo determination of those portions of the report." *Id.* If no objections are filed, then no standard of review applies. However, further review by the district court *sua sponte* is not prohibited. *Thomas v. Arn*, 474 U.S. 140, 154 (1985). The Advisory Committee notes to Federal Rule of Civil Procedure 72(b) recommend that unobjected to proposed findings and recommendations be reviewed for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

　　　　Upon review, I agree with Judge Hallman's recommendations, and, finding no evidence of clear error, I ADOPT the F&R, ECF [17], as my own opinion. Plaintiff's Motion for Default Judgment

1

Against Jody Minica, ECF [10], and plaintiff's Motion for Default Judgment Against Joni Minica, ECF [13], are GRANTED.

IT IS SO ORDERED.

DATED this 22nd day of August, 2023.

*Adrienne Nelson*

Adrienne Nelson
United States District Judge